*Pro Se 7 2023*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Gila Burton-Curl

_____

_____ ,

Plaintiff(s),

v.

Seattle District College

_____

_____ ,

Defendant(s).

CASE NO. 2:26-cv-00970-TL
_____
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☐ Yes   ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)  Gila Burton-Curl

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Gila Burton-Curl |
| Street Address | 24271 229th Ave. SE |
| City and County | Maple Valley |
| State and Zip Code | WA 98038 |
| Telephone Number | 425-533-6856 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

*Pro Se 7 2023*

B.      Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Jennifer Dixon & JD HR Director District |
| Job or Title *(if known)* | Vice Chancellor of HR |
| Street Address | 1500 Harvard Avenue |
| City and County | Seattle |
| State and Zip Code | WA 98122 |
| Telephone Number | 206/934-4101 |

Defendant No. 2

| | |
|---|---|
| Name | Jimenez, Eileen - South Seattle College |
| Job or Title *(if known)* | COLLEGE TRANSFER |
| Street Address | 6000 16th Avenue SW |
| City and County | Seattle, |
| State and Zip Code | WA 98106 |
| Telephone Number | 206/934-5145 |

Defendant No. 3

| | |
|---|---|
| Name | Sayumi Irey, President's Office |
| Job or Title *(if known)* | VP - Instruction |
| Street Address | 6000 16th Avenue SW |
| City and County | Seattle |
| State and Zip Code | WA 98106 |
| Telephone Number | 206/934-6827 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

*Pro Se 7 2023*

Defendant No. 4

| | | |
|---|---|---|
| | Name | Rozella Cruz-Yu Jung BASIC & TRANSITIONAL STUDIES |
| | Job or Title *(if known)* | Dean of BTS |
| | Street Address | 6000 16th Avenue SW |
| | City and County | Seattle |
| | State and Zip Code | WA 98106 |
| | Telephone Number | 206/934-5357 |

C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | South Seattle College |
| Street Address | 1600 16th Ave SW |
| City and County | Seattle |
| State and Zip Code | WA 98106 |
| Telephone Number | |

## II.   BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin). Title VII gives <u>employees</u> a private right to <u>action</u>. Dependents listed are subject to <u>vicarious liability</u> for violations caused by their direct managing actions towards employee (Plaintiff). <u>Adverse employment actions</u> and <u>hostile work environments</u> are examples of circumstances that support a claim under Title VII.

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

*Pro Se 7 2023*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634. Age Discrimination in Employment Act of 1967 (29 U.S.C. 621 et seq.), `(A) to observe the terms of a bona fide seniority system that is not intended to evade the purposes of this Act, except that no such seniority system "Priority Hire" shall require or permit the involuntary retirement of any individual specified by section 12(a) because of the age of such individual; or

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117. Section 505 contains provisions governing remedies and attorney's fees under Section 501. Sections 501 and 505 of the Rehabilitation Act (Section 501 and Section 505) of 1973 The 1992 Amendments changed the earlier Rehabilitation Act term "handicapped person" to "individual with a disability" and provided that the standards applied under Title I of the ADA apply to employment discrimination determinations. Section 503 of the Rehabilitation Act of 1973 Section 503 prohibits federal contractors and subcontractors from discriminating in employment against individuals with disabilities and requires employers to take affirmative steps to recruit, hire, promote, and retain individuals with disabilities. Section 504 of the Rehabilitation Act of 1973 Section 504 prohibits organizations and employers from excluding or denying individuals with disabilities an equal opportunity to receive program benefits and services. EEOC has two primary roles with respect to Section 504: Ensuring EEOC compliance with 504 in its own federally conducted activities and advising federal agencies on compliance with employment-related matters under Section 504, in its coordination role.
*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*: S.2101 - Wage Theft Prevention and Wage Recovery Act This Act may be cited as the "Wage Theft Prevention and Wage Recovery Act". Wage theft is closely associated with employment discrimination, with women, immigrants, and minorities being disproportionately affected. Women are significantly more likely to experience minimum wage violations than men, foreign-born workers are nearly 2 times as likely to experience minimum wage violations as their counterparts born in the United States, and African Americans are 3 times more likely to experience minimum wage violations than their White counterparts.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

*Pro Se 7 2023*

☒ Relevant state law *(specify, if known)*: Prohibited Practices
The WLAD prohibits various discriminatory practices, including:
Refusing to hire or promote an individual based on their protected characteristics.
Discharging or retaliating against an employee for opposing discriminatory practices.
Discriminating in compensation or other terms and conditions of employment.
Using discriminatory statements or inquiries in job applications or advertisements. Washington Law Against Discrimination (RCW Chapter 49.60)

☒ Relevant city or county law *(specify, if known)*: The King County Civil Rights Program is part of the Executive's Office of Equity and Racial and Social Justice (OERSJ). Our office works to ensure that all people in King County have equal access to County facilities, programs and services, free from discrimination. We are committed to advancing civil rights, promoting inclusion, and building a more equitable King County for all - civilrights@kingcounty.gov  206-263-2446
King County Civil Rights Program
401 5th Ave, Suite 800
Seattle, WA 98104
We enforce the County's anti-discrimination laws in fair employment practices, open housing, public accommodations, and fair contracting, and serve as the County's coordinator for Title II of the Americans with Disabilities Act (ADA) and Title VI of the Civil Rights Act of 1964.

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Plaintiff's supervisors and Vice President caused Plaintiff harm by the actions through reporting Deans over Justice Involved Solution Division: Rozella Cruz-Yu Jung: Impeded Professional Contractual SPS with King County & refused to sign the Curriculum Development Grants submitted for the new course, but sectioned the other

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

*Pro Se 7 2023*

faculty's new course development. Sayumi Irey allowed Eileen, Jimenez, and John Bowers to decline to provide a Dean's Academy administration recommendation-supervisor letter of support. Jimenez, Eileen, rejected the ADA Accommodation starting in Summer QTR 2024 and terminated employment, thereby denying Priority Hire rights. Denied completing the Dean's Academy supervisor recommendations required letter.

Jennifer Dixon: Wage Theft, Priority Hire Violation, Policy Violation for Educational Benefits.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment. (Summer 2019, AND 2024)

☐ Failure to promote me.

☒ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation. (Refused to provide supervisory support on various times)

☒ Other acts *(specify)*:    Impede professional advancement, educational attainment – PhD

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.  I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race        _____

☒ color       _____

☒ gender/sex  _____

☐ religion    _____

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

*Pro Se 7 2023*

☐    national origin

☒    age *(year of birth)*    1958    *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

<u>Denied ADA Accommodations. Denied work for fall and winter quarters  as Priority Hire</u>

<u>JD Refused In-class hybrid accommodation as accommodation to return to work–</u>

<u>refused, required to meet weekly with Dean, denied final project for course development</u>

<u>as discussed in weekly meetings</u>

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

<u>MICHAEL.YOLLECK@EEOC.GOV  December 23, 2025</u>

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7

*Pro Se 7 2023*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.
☐    Less than 60 days have elapsed.

## V.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

**Actual Damages of Claim**: $700 Thousand Dollars

**Wage Theft**: $5900.00 x 36 = Feb 25, 2025 & March 10, 2025 withheld the

**Punitive or Exemplary Damages**: $400 millions

Malice: This involves either an intent to cause injury or a willful and conscious disregard for the safety and rights of others. Refusal to allow ADA Accommodation for extended remote teaching, COVID-19 3 "Work Schedule, consecutive workdays accommodation withheld. Oppression: This refers to conduct that is considered despicable and subjects a person to cruel and unjust hardship in conscious disregard of their rights, resulting in my being dismissed from my employment without just cause. Fraud: Paid Family Medical Leave fraudulent reporting from South to Paid Family Medical Leave. This involves an intentional misrepresentation or concealment of a material fact to deprive a person of property or legal rights. intentional, reckless, or malicious will not allow educational benefits for a higher-education PhD program.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 8

*Pro Se 7 2023*

## VI.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            March 13, 2026

Signature of Plaintiff        *Gila Burton-Curl*

Printed Name of Plaintiff     Gila Burton-Curl


Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff


Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff


COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 9

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/23/2025

To: Mrs. Gila J. Burton-Curl
24271 229th Ave. SE
MAPLE VALLEY, WA 98038
Charge No: 551-2024-04907

EEOC Representative and email:    MICHAEL YOLLECK
INVESTIGATOR
MICHAEL.YOLLECK@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2024-04907.

On behalf of the Commission,

December 23, 2025

Date

for

Elizabeth M. Cannon, Director
Seattle Field Office

Cc:
South Seattle College
Briane.franks@seattlecolleges.edu

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal.** Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 551-2024-04907 to the District Director at Christopher Green, 450 Golden Gate Avenue 5 West PO Box 36025, San Francisco, CA 94102.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 551-2024-04907 to the District Director at Christopher Green, 450 Golden Gate Avenue 5 West PO Box 36025, San Francisco, CA 94102.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

Case 2:26-cv-00970-TL    Document 5    Filed 03/23/26    Page 13 of 18

Enclosure with EEOC Notice of Closure and Rights (05/25)

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability."

***Note:*** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC No. 551-2024-04907 | FEPA No.

# AMENDED CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 551-2024-04907 |
| Washington State Human Rights Commission | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mrs. Gila J. Burton-Curl

Phone No.:     425-584-7955
Year of Birth:     1958
Mailing Address: 24271 229th Ave. SE
MAPLE VALLEY, WA 98038

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: SOUTH SEATTLE COLLEGE
No. Employees, Members: 501+ Employees
Phone No.:
Mailing Address: 6000 16TH AVE SW
Seattle, WA 98106, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Age, Disability, Race, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 09/01/2023
Latest: 07/31/2024
Continuing Action

THE PARTICULARS ARE:

On or about January 20, 2003, I was hired by South Seattle College, hereinafter Respondent, as a Part-Time Faculty. I perform my duties in a satisfactory manner. I have filed prior charges of discrimination with administrative agencies, including the EEOC, and lawsuits for employment discrimination. I am over the age of 40 and have a disability.

On or about September of 2023 and May of 2024, I requested reasonable accommodations for my disability which were denied. Despite attempting to return to work with accommodations since 2022, I've been forced to take leave, use my personal equipment for classes, and denied contracts for failing to return to work. More recently, on or about September of 2023, I was denied work for the fall and winter quarters even though I agreed to in-person classroom teaching with accommodations and returning to hybrid class accommodations. I've attempted to obtain a compressed work schedule of 10 hours spread out over 3-day periods, but instead when I was assigned classes I was required to work the 10 hours over a 4-day period. I believe that others have not been treated as harshly.

Ever since my participation in protected activity and/or because of my disability, age, race, sex, and/or color, I've experienced unequal terms and conditions of employment that remain ongoing. For example, from January to March of 2024, I was required to meet weekly with Dean Jimenez. I've submitted numerous requests for curriculum grant funding, including in June of 2024, and February of 2025, which has been denied. I've also submitted substantial professional development requests from October

EEOC No. 551-2024-04907 | FEPA No.

9, 2023, through October 7, 2024, which have also been denied, such as attending the Faculty of Color Conference. I have even been denied access to the Administrative Log-On Horizon program Academic Prep, when a White male peer has had access to it and despite the fact that there is no cost or fee associated with allowing me to use this program. Despite my years of interest in attending the Workforce Dean's Academy and actively participating in meetings relating to it in January, June and August of 2024, I was denied the opportunity to attend on or about September of 2024.

I believe I have been subjected to denied reasonable accommodation, and/or unequal terms and conditions of employment due to my race (native American), sex (female), color, age (66), disability, and/or in retaliation for requesting reasonable accommodation and/or complaining about discrimination, which are in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, and/or the Americans with Disabilities Act of 1990, as amended.

EEOC No. 551-2024-04907 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mrs. Gila J. Burton-Curl
07/11/2025
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (10/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

## Employee Information (1)

| | |
|---|---|
| Employee Name | BURTON-CURL, GILA |
| Last Name | BURTON-CURL |
| First Name | GILA |
| Agency Code | 670 |
| Agency Name | Seattle Community College |
| Position Title | PART TIME FACULTY (PHL) |
| Total Salary | $64,300 |
| Year | 2024 |

## Salary History

| Position Title | Total Salary | Year |
|---|---|---|
| PART TIME FACULTY (PHL) | 64300 | 2024 |
| PART TIME FACULTY (PHL) | 11500 | 2023 |
| PART TIME FACULTY | 3300 | 2022 |
| PART TIME FACULTY (PHL) | 49000 | 2022 |
| PART TIME FACULTY | 39600 | 2021 |
| PART TIME FACULTY STEP 3 | 37900 | 2020 |
| STIPEND/COORD FAC,EXMT EMP | 2500 | 2020 |
| PART TIME FACULTY | 17300 | 2019 |
| PART TIME FACULTY STEP 3 | 10200 | 2019 |