# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GILA BURTON-CURL,

                    Plaintiff,

     v.

SEATTLE DISTRICT COLLEGE et al.,

                    Defendants.

CASE NO. 2:26-cv-00970-TL

ORDER ON MOTION FOR SPEEDY JURY TRIAL

On June 30, 2026, Plaintiff filed a "Motion for a Jury Speedy Trial." Dkt. No. 13. To the extent that Plaintiff is demanding a "speedy" trial, that right applies only to criminal matters. Therefore, the Court must DENY the request. To the extent that Plaintiff is demanding that her case be tried by a jury, Plaintiff must comply with Federal Rule of Civil Procedure 38 and Local Civil Rule 38. As Plaintiff has not complied with these requirements at this time, the Court must DENY the request. Accordingly, Plaintiff's the motion is DENIED WITHOUT PREJUDICE

Dated this 6th day of July 2026.

_____
Tana Lin
United States District Judge

ORDER ON MOTION FOR SPEEDY JURY TRIAL – 1